UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRYANT JUAN BENNETT,               ) No. CV 12-6663 JVS (FFM)
                                   )
         Petitioner,               )
                                   ) JUDGMENT
    v.                             )
                                   )
DANIEL PARAMO, Warden,             )
                                   )
         Respondent.               )
_____)

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 25, 2013

_____
JAMES V. SELNA
United States District Judge